## JOSEPH ANDRÉ, DIT CLARK, *versus* DAVID C. McKINSTRY

JOURNAL ENTRIES (1824–27): *Journal 3:* (1) Motion to assign errors, or judgment, granted *p. 482. *Journal 4:* (2) Continued MS p. 34; (3) continued MS p. 114; (4) discontinued MS p. 136.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allowance; (2) writ of certiorari and return; (3) assignment of errors; (4) joinder in error; (5) agreement for discontinuance and for payment of costs. *1824–36 Calendar*, MS p. 17.

## ROBERT ABBOTT *versus* JOSEPH CAMPAU

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Motion to assign errors, or judgment, granted *p. 482. *Journal 4:* (2) Judgment affirmed MS p. 41; (3) motion to correct judgment record overruled MS p. 44.

PAPERS IN FILE: (1) Affidavit for certiorari, allowance; (2) copy of affidavit for certiorari; (3) petition for certiorari; (4) writ of certiorari and return; (5) assignment of errors; (6) joinder in error; (7) points of error assigned; (8) copy of points of error assigned; (9) motion to correct judgment record. *1824–36 Calendar*, MS p. 23. Recorded in *Book B*, MS pp. 518–20.